1  DAVID D. LAWRENCE, State Bar No. 123039
   dlawrence@lbaclaw.com
2  TAMMY KIM, State Bar No. 262510
   tkim@lbaclaw.com
3  LAWRENCE BEACH ALLEN & CHOI, PC
   100 West Broadway, Suite 1200
4  Glendale, California 91210-1219
   Telephone No. (818) 545-1925
5  Facsimile No. (818) 545-1937

6  Attorneys for Defendants
   COUNTY OF LOS ANGELES
7  and DEPUTY STEVEN WINTER

8

9              **UNITED STATES DISTRICT COURT**

10            **CENTRAL DISTRICT OF CALIFORNIA**

11

12 KRISTY BEETS and GLENN ALLEN )   Case No. CV 09-0555 R (SSx)
   ROSE, as successors in interest to    )
13 Glenn Patrick Rose; KRISTY BEETS,  )  Honorable Manuel L. Real
   an individual; and GLENN ALLEN       )
14 ROSE, an individual,                        )
                                                      )   **STIPULATION TO TAKE**
15          Plaintiffs,                           )   **WITNESS SARAH MORALES'**
                                                      )   **DEPOSITION IN PRISON**
16       vs.                                       )
                                                      )   [Fed.R.Civ.P., Rule 30(a)(2)]
17 COUNTY OF LOS ANGELES,           )
   CALIFORNIA, a political subdivision  )   [*[Proposed] Order filed concurrently*
18 of the State of California; STEVEN     )   *herewith*]
   WINTER, an individual; and DOES 1   )
19 through 10 inclusive,                      )
                                                      )
20          Defendants.                        )
                                                      )
21 _____ )

22 TO THE HONORABLE COURT:

23       Plaintiffs KRISTY BEETS and GLENN ALLEN ROSE ("Plaintiffs") and

24 Defendants COUNTY OF LOS ANGELES and STEVEN WINTER

25 ("Defendants"), through their respective counsel of record, hereby enter into the

26 following stipulation:

27

28

                                          1

1    Sarah Morales is presently incarcerated in the state prison by the California

2  Department of Corrections and Rehabilitation; thus, necessitating an order

3  pursuant to Fed.R.Civ.P. Rule 30(a)(2) for said deposition to proceed.

4    Accordingly, the parties hereby stipulate as follows:

5    1.    Defendants shall be entitled to take Sarah Morales' deposition while

6  she is incarcerated in a penal institution in accordance with Federal Rules of Civil

7  Procedure, Rule 30(a)(2); and

8    2.    The deposition shall proceed on a date and time mutually agreeable to

9  by counsel for Plaintiffs and counsel for Defendants and which is acceptable to the

10  personnel of the subject penal institutions.

11

12  Dated: ~~October~~ November 9 , 2009          LAWRENCE BEACH ALLEN & CHOI, PC

13

14                                              By _____

15                                                 Tammy Kim

16                                              Attorneys for Defendants
                                                COUNTY OF LOS ANGELES and
17                                              DEPUTY STEVEN WINTER

18

19  Dated: ~~October~~ November 6 __, 2009        LAW OFFICES OF DALE K. GALIPO

20

21                                              By _____

22                                                 Melanie Partow

23                                              Attorneys for Plaintiffs
                                                KRISTY BEETS and
24                                              GLENN ALLEN ROSE

25

26

27

28

2

BEETS\ Stip to take Morales depo in prison