DAVID D. LAWRENCE, State Bar No. 123039
dlawrence@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
100 West Broadway, Suite 1200
Glendale, California 91210-1219
Telephone No. (818) 545-1925
Facsimile No. (818) 545-1937

Attorneys for Defendants
COUNTY OF LOS ANGELES
and DEPUTY STEVEN WINTER

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTY BEETS and GLENN ALLEN ROSE, as successors in interest to Glenn Patrick Rose; KRISTY BEETS, an individual; and GLENN ALLEN ROSE, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, CALIFORNIA, a political subdivision of the State of California; STEVEN WINTER, an individual; and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. CV 09-0555 R (SSx)<br><br>Honorable Manuel L. Real<br><br>**JUDGMENT AND ORDER RE DISMISSAL** |

On December 7, 2009, the Court heard and ruled upon the Motion for Judgment on the Pleadings filed on behalf of Defendants COUNTY OF LOS ANGELES and DEPUTY STEVEN WINTER. David D. Lawrence of Lawrence Beach Allen & Choi, PC, appeared on behalf of the Defendants and Dale Galipo appeared on behalf of Plaintiffs.

The Court having considered the moving, opposition and reply papers and oral argument of counsel, ruled as follows:

1

1. Plaintiffs' causes of action under 42 U.S.C. § 1983 are barred by the criminal conviction of Sarah Rebecca Morales in that success on the federal claims by Plaintiffs in the instant action would necessarily imply the invalidity of the criminal conviction of Ms. Morales. <u>Heck v. Humphrey</u>, 512 U.S. 477 (1994); <u>Smith v. City of Hemet</u>, 394 F.3d 689 (9th Cir. 2005);

2. As to the remaining state law claims in the First Amended Complaint, the Court declines to exercise the supplemental jurisdiction over said claims and dismisses same without prejudice.

Accordingly, judgment is entered in favor of Defendants COUNTY OF LOS ANGELES and DEPUTY STEVEN WINTER with regard to the First, Second and Third Claims for Relief in the First Amended Complaint and against Plaintiffs KRISTY BEETS and GLENN ALLEN ROSE and Defendants shall be entitled to costs of suit incurred herein pursuant to Local Rule 54-1.

Plaintiff's supplemental state law claims are dismissed without prejudice.

IT IS SO ORDERED.

DATED: _December 08, 2009__

_____
HONORABLE MANUEL L. REAL
United States District Judge

Submitted by:

LAWRENCE BEACH ALLEN & CHOI, PC

By _____
    David Lawrence
Attorneys for Defendants
COUNTY OF LOS ANGELES and
DEPUTY STEVEN WINTER