# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES - GENERAL

**CASE NO.:** CV 09-555-R  **Date:** Dec. 7, 2009

**TITLE:** KRISTY BEETS, et al. V. COUNTY OF LOS ANGELES, et al.
========================================================================
**PRESENT:**

### HON. MANUEL L. REAL, JUDGE

| **William Horrell** | **Margaret Babykin** |
|---|---|
| Deputy Clerk | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**    **ATTORNEYS PRESENT FOR DEFENDANTS:**

Dale Galipo                                                     David Lawrence


**PROCEEDINGS:** Defendants' motion for judgment on the pleadings (fld 10-6-09)


The Court hears arguments of counsel.

The Court GRANTS the motion for reasons as stated on the record, and further dismisses the supplemental state claims without prejudice.

Defendants shall submit a proposed order.


9 min

**MINUTES FORM 90**                                                      **Initials of Deputy Clerk   WH**
**CIVIL -- GEN**